```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 00847
   JAMES H COBB
   ALLYCE A COBB                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
          Debtor
   SSN XXX-XX-8096    SSN XXX-XX-4484
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/01/06 and confirmed on 04/19/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 39900.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 12105.76 | .00 | 12105.76 |
| WECO CREDIT UNION | SECURED VEHIC | 19586.76 | 1651.91 | 19586.76 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MOBIL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 31692.52 | .00 | .00 | .00 | 31692.52 |
| PRINCIPAL PAID | 31692.52 | .00 | .00 | .00 | 31692.52 |
| INTEREST PAID | 1651.91 | .00 | .00 | .00 | 1651.91 |
| TOTAL PAID | 33344.43 | .00 | .00 | .00 | 33344.43 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $ 2500.00 and was paid $ 1200.00 direct and $ 1300.00 through the plan.

The Trustee received $ 1365.84 .

Refunds to the Debtor totaled $ 3889.73 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/10/08                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE